1  LAURA E. DUFFY
   United States Attorney
2  KATHERINE L. PARKER
   Assistant U.S. Attorney
3  California State Bar No. 222629
   Katherine.Parker@usdoj.gov
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 546-7634
6
   Attorneys for Defendants,
7  United States Securities and Exchange Commission
   United States Federal Bureau of Investigation
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodolfo Michelon,<br><br>    Plaintiff,<br><br>        v.<br><br>SEC and FBI,<br><br>    Defendants. | Case No.  12-cv-1014-JAH-MDD<br><br>**JOINT MOTION DISMISS WITH PREJUDICE** |

1  Pursuant to separate settlement and releases between Plaintiff and Defendants, the parties
2  jointly request that this action be dismissed with prejudice.  The parties agree that each party shall
3  bear its own costs, fees, and expenses. A proposed order granting this joint motion will be submitted
4  pursuant to the local rules.

5  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and
6  Procedures of the United States District Court for the Southern District of California, I certify that the
7  content of this document is acceptable to all signatory counsel, and that I have obtained their
8  authorizations to affix their electronic signatures to this document.

DATED: March 1, 2013              Respectfully submitted,

                                  LAURA E. DUFFY
                                  United States Attorney

                                    s/ Katherine L. Parker

                                  KATHERINE L. PARKER
                                  Assistant U.S. Attorney
                                  Attorneys for Defendants

DATED: March 1, 2013
                                    s/   Gary Aguirre

                                  Gary Aguirre, Esq.
                                  Attorney for Plaintiff